**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00377-CV**
_____

**OSCAR A. CASTRO, Appellant**

**V.**

**AUTOMOTIVE LEASING SPECIALIST, LLC, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-201,216**

**MEMORANDUM OPINION**

Appellant Oscar A. Castro appealed from a judgment signed September 9, 2019. On January 7, 2020, we notified the parties that the clerk's record had not been filed due to the appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned the appellant that the appeal would be dismissed for want of prosecution unless he established that he paid the fee or needed additional time to do so. None of the parties filed a response.

1

There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 19, 2020
Opinion Delivered February 20, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.